David J. Ball (NJ Bar No. 036732004)
**Bracewell LLP**
31 West 52nd Street, 19th Floor
New York, NY 10019
Tel:  (212) 508-6133
Email:  david.ball@bracewell.com

*Counsel for Defendants Empire Offshore Wind LLC,*
*Empire Leaseholder LLC, and Empire Wind 2 LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PROTECT OUR COAST NJ, *et al.,* <br><br><br>    *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, *et al.,* <br><br>    *Defendants*. | Case No. 3:25-cv-06890-GC-TJB <br><br> Judge Georgette Castner <br> Magistrate Judge Tonianne J. Bongiovanni <br><br> **CONSENT MOTION TO EXTEND EMPIRE WIND DEFENDANTS' DEADLINE TO RESPOND TO THE AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6.1(a),

Defendants Empire Offshore Wind LLC, Empire Leaseholder LLC, and Empire

Wind 2 LLC (collectively, "Empire Wind") respectfully request an extension of time

to respond to the Amended Complaint.  Plaintiffs filed their Original Complaint on

June 3, 2025, and their Amended Complaint on July 4, 2025.  Dkt. Nos. 1, 33.

Empire Wind's deadline to respond to the Amended Complaint is July 18, 2025,

pursuant to Federal Rule of Civil Procedure 15(a)(3).  Although Plaintiffs have not

yet filed proof of service on the docket, Empire Wind understands the United States

of America, Doug Burgum, the Bureau of Ocean Energy Management, and Walter

Cruickshank (collectively, the "Federal Defendants") were served on June 25, 2025,

making their deadline to respond August 25, 2025, pursuant to Federal Rules of Civil

Procedure 12(a)(2) and 15(a)(3).[1]  Empire Wind asks that the Court align Empire

Wind's response deadline with that of Federal Defendants.  Good cause exists to

grant the extension, as it will serve the interest of judicial efficiency by providing

Empire Wind and the Federal Defendants the opportunity to align their arguments

and reduce duplication across filings.

Empire Wind has not made any previous requests to extend the deadline to

respond to the Amended Complaint and no such request has been granted.  Both

Plaintiffs and the Federal Defendants consent to the requested extension.

Date:  July 10, 2025                          Respectfully submitted,


                                              */s/ David J. Ball*
                                              David J. Ball (NJ Bar No. 036732004)
                                              **Bracewell LLP**
                                              31 West 52nd Street, 19th Floor

---

[1] The Federal Defendants' deadline to respond to the Original Complaint pursuant to Federal Rule of Civil Procedure 12(a)(2) is August 25, 2025, 60 days after they were served.  Federal Rule of Civil Procedure 15(a)(3) provides that a party's response to an amended complaint "must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later."  Thus, the Federal Defendants' deadline to respond to Plaintiffs' Amended Complaint remains August 25, 2025, following Plaintiffs' filing of proof of service on the docket.

New York, NY 10019
Tel:   (212) 508-6133
Fax:   (800) 404-3970
Email:  david.ball@bracewell.com

Tyler S. Johnson
(*pro hac vice pending*)
**Bracewell LLP**
701 Fifth Avenue, Suite 3420
Seattle, Washington 98104
Tel:   (206) 204-6211
Fax:   (800) 404-3970
Email:  ty.johnson@bracewell.com

Ann D. Navaro (*pro hac vice pending*)
Taylor M. Stuart (*pro hac vice pending*)
**Bracewell LLP**
2001 M Street NW, Suite 900
Washington, DC 20036
Tel:   (202) 828-5800
Fax:   (800) 404-3970
Email:  ann.navaro@bracewell.com
              taylor.stuart@bracewell.com

*Counsel for Defendants*
*Empire Offshore Wind LLC, Empire*
*Leaseholder LLC, and Empire Wind 2 LLC*

-3-