David J. Ball (NJ Bar No. 036732004)
**Bracewell LLP**
31 West 52nd Street, 19th Floor
New York, NY 10019
Tel: (212) 508-6133
Email: david.ball@bracewell.com

*Counsel for Defendants Empire Offshore Wind LLC,*
*Empire Leaseholder LLC, and Empire Wind 2 LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PROTECT OUR COAST NJ, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-06890-GC-TJB<br><br>Judge Georgette Castner<br>Magistrate Judge Tonianne J. Bongiovanni |

I, DAVID J. BALL, hereby certify that on July 10, 2025, I caused true and correct copies of Empire Wind's: (1) Consent Motion to Extend Empire Wind Defendants' Deadline to Respond to the Amended Complaint; and (2) Proposed Order, in accordance with the Federal Rules of Civil Procedure, to be served, via the Court's CM/ECF system, on all parties who receive notice of the filing via the Court's CM/ECF system.

                                         */s/ David J. Ball*
                                         David J. Ball
                                         **Bracewell LLP**