David J. Ball (NJ Bar No. 036732004)
**Bracewell LLP**
31 West 52nd Street, 19th Floor
New York, NY 10019
Tel:  (212) 508-6133
Email:  david.ball@bracewell.com

*Counsel for Defendants Empire Offshore Wind LLC,*
*Empire Leaseholder LLC, and Empire Wind 2 LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PROTECT OUR COAST NJ, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-06890-GC-TJB<br><br>Judge Georgette Castner<br>Magistrate Judge Tonianne J. Bongiovanni<br><br>**ORDER GRANTING EMPIRE WIND DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT** |

This matter having come before the Court on the Consent Motion to Respond to the Amended Complaint filed by Defendants Empire Offshore Wind LLC, Empire Leaseholder LLC, and Empire Wind 2 LLC (collectively, "Empire Wind") seeking to extend their time to respond to the Amended Complaint to align with the deadline of the United States of America, Doug Burgum, the Bureau of Ocean Energy

Management, and Walter Cruickshank (collectively, the "Federal Defendants") pursuant to L. Civ. R. 6.1(a); and for good cause shown:

IT IS this __22nd__ day of _____July_____, 2025 ORDERED that:

Following Plaintiffs filing of proof of service of Empire Wind and the Federal Defendants on the docket, Empire Wind shall respond to Plaintiffs' Amended Complaint by the same date as the Federal Defendants pursuant to Fed. R. Civ. P. 12(a)(2) and 15(a)(3).

IT IS SO ORDERED.

                                          s/Tonianne J. Bongiovanni
                                          Hon. Tonianne J. Bongiovanni
                                          UNITED STATES MAGISTRATE JUDGE

[Docket Entry No. 36 is terminated].

Management, and Walter Cruickshank (collectively, the "Federal Defendants") pursuant to L. Civ. R. 6.1(a); and for good cause shown:

IT IS this __22nd__ day of _____July_____, 2025 ORDERED that:

Following Plaintiffs filing of proof of service of Empire Wind and the Federal Defendants on the docket, Empire Wind shall respond to Plaintiffs' Amended Complaint by the same date as the Federal Defendants pursuant to Fed. R. Civ. P. 12(a)(2) and 15(a)(3).

IT IS SO ORDERED.

                                      s/Tonianne J. Bongiovanni  
                                      Hon. Tonianne J. Bongiovanni  
                                      UNITED STATES MAGISTRATE JUDGE

[Docket Entry No. 36 is terminated].