**VIA ECF**

The Honorable Tonianne J. Bongiovanni
United States Magistrate Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

**Re:** *Protect Our Coast NJ et al v. United States of America et al*, **Civil Action No. 3:25-cv-*06890-GC-TJB***

Dear Judge Bongiovanni:

As counsel for plaintiffs I am writing to request a seven-day adjournment for the response to the defendants' pre-motion letters. Based on my review of Judge Castner's rules, it would appear that plaintiffs' response is due today, the seventh day after the filing of the defendants' letters.

May I respectfully request an adjournment until next **Monday, September 22, 2025**? I have been ill for much of the past week with a GI problem and would need additional time. In addition, there are multiple issues in this matter, some in a context that is novel and not previously litigated, and additional time is needed for an informative response and one that is helpful to the Court.

Since the conference is not until October 6, 2025, I am assuming that the additional seven days will not be a substantial burden to the Court or the parties. Assuming this is agreeable to the Court, I would respectfully request the adjournment until September 22, 2025. I have not consulted with defendants' counsel, but I believe this request it is not likely to be prejudicial to any party.

Respectfully submitted,

It is on this 16th day of September, 2025,
SO ORDERED.

S/Bruce I. Afran
Attorney-at-Law
10 Braeburn Dr.
Princeton, NJ 08540
609-454-7435 (mobile)

s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni, U.S.M.J.

*Counsel for Plaintiffs*

C: Via ECF to all counsel of record