**VIA ECF**

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re: *Protect Our Coast NJ, et al. v. United States of America, et al.*, Civil Action No. 3:25-cv-06890-GC-TJB**

Dear Magistrate Judge Bongiovanni:

In response to Your Honor's request, dated July 23, 2026, the parties respectfully submit this letter stating that the parties have agreed to (1) stay the issue of effective service of process on Equinor ASA and the Kingdom of Norway and (2) proceed with the Defendants' Motions to Dismiss according to the briefing schedule proposed below.

Service Issues

Empire Wind continues to contest that Equinor ASA and the Kingdom of Norway have been served by the delivery of papers to Empire Wind's offices.

Empire Wind has represented to the Court and the Plaintiffs that resolution of Plaintiffs' claims does not require participation of Equinor ASA or the Kingdom of Norway; the only necessary defendants are the Federal Defendants. Federal Defendants have stated their concurrence with this position. In addition, Empire Wind and the Federal Defendants have told Plaintiffs that neither Empire Wind nor the Federal Defendants will, at any point, claim that Equinor ASA or the Kingdom of Norway are necessary parties as that would be inconsistent with their previous representation to the Court. As a result, Empire Wind believes the appropriate course is for Plaintiffs to voluntarily dismiss Equinor ASA and the Kingdom of Norway.

However, Plaintiffs have proposed holding the service issue in abeyance without resolution and moving forward with filing the Motions to Dismiss. Empire Wind is in agreement. Federal Defendants take no position on the service issues but agree to move forward with their Motion to Dismiss.

Motions to Dismiss

Empire Wind and Federal Defendants filed their pre-motion letters on September 8, 2025 (Docket numbers 48 and 49, respectively). Plaintiffs responded on September 23, 2025.

The parties propose scheduling a date by which Empire Wind and Federal Defendants are required to file their respective motions to dismiss. The parties have conferred and propose a filing deadline of September 3, 2026, with Plaintiffs' response and any germane cross-motion due on October 9, 2026, and Defendants' reply briefs due October 30, 2026. **GRANTED**

Date: August 7, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney
General Environment & Natural Resources
Division
U.S. Department of Justice

*/s/ Devon Lehman McCune*
DEVON LEHMAN McCUNE
United States Department of Justice
Environment & Natural Resources
Division
Natural Resources Section
999 18th St., N. Terrace, Suite 600
Denver, CO 80202
Tel: 303-358-8981
Email: devon.mccune@usdoj.gov

***Counsel for Federal Defendants***

*/s/ Bruce I. Afran*
Bruce I. Afran
Attorney-at-Law
10 Braeburn Dr.
Princeton, NJ 08540
Telephone: (609) 454-4735
Email: bruceafran@aol.com

***Counsel for Plaintiffs***

Respectfully submitted,

*/s/ David J. Ball*
David J. Ball (NJ Bar No. 036732004)
**Bracewell LLP**
31 West 52nd Street, 19th Floor
New York, New York 10019
Telephone: (212) 508-6133
Facsimile: (800) 404-3970
Email: david.ball@bracewell.com

Ann D. Navaro *(admitted pro hac vice)*
Taylor M. Stuart *(admitted pro hac vice)*
**Bracewell LLP**
2001 M Street NW, Suite 900
Washington, DC 20036
Telephone: (202) 828-5800
Facsimile: (800) 404-3970
Email: ann.navaro@bracewell.com
taylor.stuart@bracewell.com

Tyler S. Johnson *(admitted pro hac vice)*
**Bracewell LLP**
701 Fifth Avenue
Suite 6850
Seattle, Washington 98104
Telephone: (206) 204-6211
Facsimile: (800) 404-3970
Email: ty.johnson@bracewell.com

***Counsel for Defendants***
***Empire Offshore Wind LLC, Empire Leaseholder LLC, and Empire Wind 2 LLC***

It is on this 10th day of August, 2026,
SO ORDERED.

s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni, U.S.M.J.