David J. Ball (NJ Bar No. 036732004)
**Bracewell LLP**
31 West 52nd Street, 19th Floor
New York, NY 10019
Tel: (212) 508-6133
Email: david.ball@bracewell.com

*Counsel for Defendants Empire Offshore Wind LLC, Empire Leaseholder, LLC, and Empire Wind 2 LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PROTECT OUR COAST NJ, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-06890-GC-TJB<br><br>Judge Georgette Castner<br>Magistrate Judge Tonianne J. Bongiovanni<br><br>**NOTICE OF MOTION TO DISMISS BY EMPIRE LEASEHOLDER LLC, EMPIRE OFFSHORE WIND LLC, AND EMPIRE WIND 2 LLC**<br><br>Motion Return Day: October 5, 2026 |

**TO: THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on October 5, 2026 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants Empire Offshore Wind LLC, Empire Leaseholder LLC, and Empire Wind 2 LLC (collectively, "Empire Wind") will move before the Honorable Georgette Castner, United States District Judge for the District of New Jersey, at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street Room 2020, Trenton, New

Jersey 08608, for entry of an Order dismissing Plaintiffs' Amended Complaint in its entirety pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that Empire Wind shall rely upon the accompanying memorandum in support of this motion. A proposed form of Order is submitted herewith.

Date: September 3, 2026

Respectfully submitted,

*/s/ David J. Ball*

David J. Ball (NJ Bar No. 036732004)
**Bracewell LLP**
31 West 52nd Street, 19th Floor
New York, NY 10019
Tel: (212) 508-6133
Fax: (800) 404-3970
Email: david.ball@bracewell.com

Tyler S. Johnson
**Bracewell LLP**
701 Fifth Avenue, Suite 6850
Seattle, Washington 98104
Tel: (206) 204-6211
Fax: (800) 404-3970
Email: ty.johnson@bracewell.com

Ann D. Navaro
Taylor M. Stuart
**Bracewell LLP**
2001 M Street NW, Suite 900
Washington, DC 20036
Tel: (202) 828-5800
Fax: (800) 404-3970
Email: ann.navaro@bracewell.com
taylor.stuart@bracewell.com

*Counsel for Defendants Empire Offshore Wind LLC, Empire Leaseholder LLC, and Empire Wind 2 LLC*