# EXHIBIT B

David J. Ball (NJ Bar No. 036732004)
**Bracewell LLP**
31 West 52nd Street, 19th Floor
New York, NY 10019
Tel: (212) 508-6133
Email: david.ball@bracewell.com

*Counsel for Defendants Empire Offshore Wind LLC, Empire Leaseholder LLC, and Empire Wind 2 LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

PROTECT OUR COAST NJ, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES OF AMERICA, *et al.*,

*Defendants*.

Case No. 3:25-cv-06890-GC-TJB

Judge Georgette Castner
Magistrate Judge Tonianne J. Bongiovanni

**DECLARATION OF DAVID J. BALL IN SUPPORT OF EMPIRE WIND'S MOTION TO DISMISS COMPLAINT**

DAVID J. BALL, of full age, hereby declares as follows:

1. I am an attorney licensed to practice in New Jersey and am a member of Bracewell LLP, counsel for Defendants Empire Offshore Wind LLC, Empire Leaseholder LLC, and Empire Wind 2 LLC (collectively, "Empire Wind" or "Defendants") in the above-captioned matter.

2. Attached hereto as Attachment 1 is a copy of Empire Leaseholder LLC's Amended and Restated Certificate of Formation, dated March 27, 2026, issued by the Delaware Secretary of State's office.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: September 3, 2026

DAVID J. BALL

# ATTACHMENT A

# Delaware

The First State



*I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE RESTATED CERTIFICATE OF "EMPIRE LEASEHOLDER LLC", FILED IN THIS OFFICE ON THE TWENTY-SEVENTH DAY OF MARCH, A.D. 2026, AT 5:48 O`CLOCK P.M.*

C. P. Sanchez

Charuni Patibanda-Sanchez, Secretary of State

3766775 8100
SR# 20261450783

Authentication: 203494211
Date: 03-27-26

You may verify this certificate online at corp.delaware.gov/authver.shtml

***Execution Version***

**STATE OF DELAWARE**
**AMENDED AND RESTATED CERTIFICATE OF FORMATION**
**OF**
**EMPIRE LEASEHOLDER LLC**

Dated: March 27, 2026

Empire Leaseholder LLC, a Delaware limited liability company (the "Company"), pursuant to Section 18-208 of the Delaware Limited Liability Company Act, as amended, hereby certifies as follows:

1. The date of filing the original Certificate of Formation of the Company was May 24, 2024, under the name "Empire Leaseholder LLC". The Certificate of Formation was amended and restated in its entirety on August 6, 2024.

2. The Certificate of Formation of the Company is hereby amended and restated to read in its entirety as follows:

> FIRST. The name of the limited liability company is Empire Leaseholder LLC.
>
> SECOND. The Company's registered office in the State of Delaware is located at Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808. The registered agent of the Company for service of process at such address is Corporation Service Company.
>
> THIRD. This Amended and Restated Certificate of Formation shall be effective upon its filing in the Office of the Secretary of State of the State of Delaware.

[*Signature page follows*]

State of Delaware
Secretary of State
Division of Corporations
Delivered 05:48 PM 03/27/2026
FILED 05:48 PM 03/27/2026
SR 20261450783 - File Number 3766775

IN WITNESS WHEREOF, the undersigned has duly executed and caused to be filed pursuant to the Section 18-208 of the Delaware Limited Liability Company Act, as amended, this Amended and Restated Certificate of Formation as of the date first written above.

T. Muhlfelder

By: ______________________________

Name: Theodore Muhlfelder

Title: Authorized Person

Dated: March 27, 2026