David J. Ball (NJ Bar No. 036732004)
**Bracewell LLP**
31 West 52nd Street, 19th Floor
New York, NY 10019
Tel: (212) 508-6133
Email: david.ball@bracewell.com

*Counsel for Defendants Empire Offshore Wind LLC, Empire Leaseholder LLC, and Empire Wind 2 LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PROTECT OUR COAST NJ, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-06890-GC-TJB<br><br>Judge Georgette Castner<br>Magistrate Judge Tonianne J. Bongiovanni<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT, *WITH PREJUDICE*** |

**IT IS HEREBY ORDERED**, upon consideration of the Motion to Dismiss the Complaint, with prejudice, filed by Defendants Empire Offshore Wind LLC, Empire Leaseholder LLC, and Empire Wind 2 LLC (collectively, "Empire Wind"), the relevant briefing and legal authorities, and the other submissions before this Court, it is hereby

**ORDERED** that Empire Wind's Motion is GRANTED, and

**IT IS FURTHER ORDERED** that the Complaint is hereby dismissed, with prejudice.

**IT IS SO ORDERED** this ________ day of ____________________, 2026.

______________________________
Hon. Judge Georgette Castner
United States District Judge