David J. Ball (NJ Bar No. 036732004)
**Bracewell LLP**
31 West 52nd Street, 19th Floor
New York, NY 10019
Tel: (212) 508-6133
Email: david.ball@bracewell.com

*Counsel for Defendants Empire Offshore Wind LLC, Empire Leaseholder LLC, and Empire Wind 2 LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PROTECT OUR COAST NJ, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-06890-GC-TJB<br><br>Judge Georgette Castner<br>Magistrate Judge Tonianne J. Bongiovanni<br><br>**CERTIFICATE OF SERVICE**<br><br>Motion Return Day: October 5, 2026 |

I, DAVID J. BALL, hereby certify that on September 3, 2026, I caused true and correct copies of Empire Wind's: (1) Notice of Motion to Dismiss Complaint, (2) Memorandum of Law in support thereof, (3) proposed Order, and (4) Declaration of David J. Ball to be served, in accordance with the Federal Rules of Civil Procedure via the Court's CM/ECF system on all parties who receive notice of the filing via the Court's CM/ECF system.

*/s/ David J. Ball*

David J. Ball
**Bracewell LLP**