**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **PROTECT OUR COAST NJ, *et al.*,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES OF AMERICA, *et al.***<br><br>Defendants, | **Docket No: 25-cv-6890-GC-TJB**<br><br>**FEDERAL DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Motion date: November 16, 2026 |

**TO: THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on November 16, 2026, the undersigned counsel for Federal Defendants the United States of America, Doug Burgum in his official capacity as Secretary of the Interior, the Bureau of Ocean Energy Management, and Matthew Giacona in his official capacity as Acting Director of the Bureau of Ocean Energy Management[1] (the "Federal Defendants") will apply to this Court for an Order dismissing the First Amended Complaint, Dkt. No. 33, for lack of subject-matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1), and for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).

In support of Federal Defendants' Motion to Dismiss the First Amended Complaint, Federal Defendants rely on the enclosed Memorandum in Support of Federal Defendants' Motion to Dismiss, and all enclosed exhibits.

---

[1] Matthew Giacona is the current Acting Director of the Bureau of Ocean Energy Management and is automatically substituted for Walter Cruickshank, under Rule 25 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that, per Local Civil Rule 7.1(e), a Proposed Order granting Federal Defendants' Motion to Dismiss the First Amended Complaint is enclosed.

Pursuant to the Court-ordered schedule, Plaintiffs' brief in opposition and any germane cross-motion is due on October 9, 2026, and Defendants' reply briefs are due October 30, 2026. Dkt. No. 63.

Dated: September 3, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy & Natural Resources Division

*s/ Devon Lehman McCune*
DEVON LEHMAN MCCUNE
Senior Attorney
United States Department of Justice
Energy & Natural Resources Division
Natural Resources Section
999 18th St., N. Terrace, Suite 600
Denver, CO 80202
Tel: (303) 358-8981
Devon.mccune@usdoj.gov

*Attorney for the Federal Defendants*