**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **PROTECT OUR COAST NJ, *et al.*,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES OF AMERICA, *et al.***<br><br>Defendants, | **Docket No: 25-cv-6890-GC-TJB**<br><br>**[PROPOSED] ORDER ON FEDERAL DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

This matter having come before the Court on Federal Defendants' Motion to Dismiss the Complaint, Dkt. No. 65, it is hereby ORDERED that:

Federal Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint is GRANTED.

Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, Plaintiffs' First Amended Complaint is DISMISSED for lack of jurisdiction and for failure to state a claim upon which relief can be granted.

Judgment will be entered for Federal Defendants.

SO ORDERED this ___ day of ____________, 2026

______________________________________
The Honorable Georgette Castner
United States District Judge