**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **PROTECT OUR COAST NJ, *et al.*,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES OF AMERICA, *et al.***<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Docket No: 25-cv-6890-GC-TJB**<br><br>**CERTIFICATE OF SERVICE** |

I, DEVON LEHMAN McCUNE, hereby certify that on September 3, 2026, I caused true and correct copies of Federal Defendants' (1) Notice of Motion to Dismiss First Amended Complaint, (2) Memorandum in Support of Motion to Dismiss Plaintiffs' First Amended Complaint, (3) Exhibits, and (4) Proposed Order to be served, in accordance with the Federal Rules of Civil Procedure via the Court's CM/ECF system on all parties who receive notice of the filing via the Court's CM/ECF system.

***/s/ Devon Lehman McCune***

Devon Lehman McCune
Senior Attorney
United States Department of Justice